UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:21-cr-98-BJD-MCR
                                      18 U.S.C. § 1001
BILLY MICAH SERMONS

## INFORMATION

The United States Attorney charges:

### COUNT ONE

At all times relevant to this Information:

**A. Department of Defense Contracting**

The U.S. Department of Defense (DOD) was the federal government agency charged with providing the military forces needed to deter war and protect the security of the United States. The DOD relied on contractors to support a wide range of military operations. The Defense Logistics Agency (DLA) was an agency under the DOD. DLA provided worldwide logistics support for the Nation's military and several civilian agencies. The DOD, through DLA, issued purchase orders to their contractors for the supply of various items to be used by members of the United States military. The U.S. General Services Administration (GSA) was an agency that oversaw the business of the federal government, and whose acquisition solutions supplied

federal purchasers with commercial vendors who provided products and services.

For contractors who registered with the federal government, the process to contract with the DOD generally worked as follows: the DOD released solicitations electronically on DLA's Internet Bid Board System (DIBBS), an online database through which DOD contractors are able to electronically respond with quotes. Based on the quotes received, the DOD issued Purchase Orders/contracts to a specific contractor for specified required parts. DIBBS allowed vendors to search for, view, and submit quotes.

### B. System for Award Management

All vendors wishing to do business with the federal government were required to register with the Data Universal Numbering System and complete a one-time registration in the "System for Award Management" (SAM.GOV), a U.S. government online system managed and operated by GSA and designed to maintain information relevant to government contracts.

As part of the SAM.GOV registration, contractors were required to create an account with a username and password. Contractors were then required to enter certain information into the system concerning their business, including financial account information for receipt of electronic payments. Contractors were required to certify that the information entered in

2

SAM.GOV was correct, including whether the contractor or any of its principals were presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any federal agency. A contractor that fit any of these categories was disqualified from receiving a federal government contract. Contractors were required to make yearly certifications of the above referenced information in SAM.GOV.

### C. Debarment from Federal Contracting

Federal Acquisition Regulations authorized government agencies to debar and suspend contractors as a means of protecting government interests in the procurement process and ensuring that they only deal with contractors who are responsible in fulfilling their legal and contractual obligations. The provisions of Title 48, Code of Federal Regulations, Section Subpart 9.4, Debarment, Suspension, and Ineligibility, prescribed policies and procedures governing the debarment and suspension of contractors by agencies for the causes given in Subparts 9.406-2 and 9.407-2. Causes for suspension, debarment, and declaration of ineligibility included conviction for any offense indicating a lack of business integrity or business honesty that seriously and directly affected the present responsibility of a government contractor or subcontractor, violation of the terms of a government contract or subcontract by willful failure to perform in accordance with the terms of one or more

contracts, and a history of failure to perform, or of unsatisfactory performance on one or more contracts.

Federal Acquisition Regulation 52.209.5, "Certification Regarding Responsibility Matters," stated that when a company registers in SAM, it is required to certify [in part] that the offeror and/or its Principals are not "debarred, suspended, or proposed for debarment, or declared ineligible for the award of contracts by any Federal agency." Debarred or suspended contractors were excluded from contracts with executive branch agencies.

### D. Defendant

The defendant, BILLY MICAH SERMONS (SERMONS), resided in Duval County, Florida. In early May 2015, the Defense Contract Management Agency (DCMA) began investigating the business practices of Excel Components, LLC (Excel), a business involving SERMONS and others. Excel conducted business with the U.S. government by contracting with DLA. In early May 2015, DCMA met with SERMONS to discuss compliance issues. On September 25, 2015, DLA debarred SERMONS from federal government contracting due to his involvement with Excel and another business contracting with DLA, East Coast Machine and Tool LLC. DLA debarred SERMONS until August 19, 2018. DLA entered SERMONS' name in the exclusions/ineligible area of SAM.GOV. SERMONS received notice of

his debarment from DLA in late September, early October 2015 and was aware of his debarment from federal government contracting.

On May 26, 2015, SERMONS, using the identity of Person #1, submitted or cause to be submitted a System for Award Management registration for Franklin Southern Manufacturing LLC in the SAM.GOV website. After his debarment, SERMONS, using the identity of Person #1, used Franklin Southern Manufacturing to circumvent the terms of his debarment in order to continue bidding on and obtaining federal government contracts.

E. **False Statement in SAM.GOV**

On or about February 11, 2017, in the Middle District of Florida, and elsewhere, the defendant,

BILLY MICAH SERMONS,

did, using the identity of Person #1, willfully and knowingly make or cause to be made a materially false, fictitious, and fraudulent statement and representation during a certification on the GSA U.S. government online system, "System for Award Management," SAM.GOV, of Franklin Southern Manufacturing's eligibility for the award of contracts by federal agencies, a matter within the jurisdiction of the GSA, an agency of the United States, by stating that the offeror and/or any of the Principals at Franklin Southern

Manufacturing were not presently debarred, suspended, proposed for debarment or declared ineligible for the award of contracts by any federal agency, which statement and representation were false because, as SERMONS then and there knew, SERMONS, acting as the offeror and/or a Principal of Franklin Southern Manufacturing was debarred and ineligible for the award of contracts by any federal agency.

In violation of Title 18, United States Code, Section 1001.

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
Kevin C. Frein
Assistant United States Attorney

By: *[signature]*
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division